960

No. 78–1155. VITEK, CORRECTIONAL DIRECTOR, ET AL. *v.* JONES. D. C. Neb. [Probable jurisdiction postponed, *ante,* p. 922.] Motion for appointment of counsel granted, and it is ordered that Thomas A. Wurtz, Esquire, of Lincoln, Neb., be appointed to serve as counsel for appellee in this case.

No. 78–6595. NICHOLAS *v.* FENTON, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus denied.

No. 78–1268. MARTINEZ ET AL. *v.* CALIFORNIA ET AL. Appeal from Ct. App. Cal., 4th App. Dist. Probable jurisdiction noted.

No. 78–1513. UNITED STATES *v.* CLARK, GUARDIAN. Appeal from Ct. Cl. Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 78–1007. FULLILOVE ET AL. *v.* KREPS, SECRETARY OF COMMERCE, ET AL. C. A. 2d Cir. Certiorari granted.

No. 78–6386. RUMMEL *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 77–6443. KRAEMER *v.* MENTAL HEALTH BOARD OF NEBRASKA ET AL. Sup. Ct. Neb. Certiorari denied.

No. 78–1279. ARABIAN ET AL. *v.* DALEY ET AL. C. A. 1st Cir. Certiorari denied.

No. 78–1341. WALLS *v.* TUBBS. C. A. 5th Cir. Certiorari denied.